IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMC MORTGAGE CORPORATION, ) | |
| ) | Case No. 4:07-cv-3272 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF TRANSFER TO THE |
| ) | UNITED STATES DISTRICT COURT |
| MARK BRANDON O'SHEA, ) | FOR THE DISTRICT OF NEVADA |
| ) | |
| Defendant. | |

This matter comes before the Court on the Joint Stipulation of the Parties for Transfer of Venue to the United States District Court for the District of Nevada. The Court being fully advised in the premises finds that the Joint Stipulation should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this above-captioned matter shall be transferred forthwith to the United States District Court for the District of Nevada.

DATED January 7, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared By:
Allan J. Eurek, #16833
ALLAN J. EUREK & ASSOC., P.C.
455 S. 11th Street, Suite B
Lincoln, NE 68508
(402)477-7500


Approved as to form:

/s/ Kirk E. Brumbaugh
Kirk E. Brumbaugh, #16805
BRUMBAUGH & QUANDAHL, P.C.
4885 South 118th Street, Suite 100
Omaha, NE 68137
(402)554-4400